

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KATHRYN EMOND-PATENAUDE | : | |
| Plaintiff, | : | **CIVIL ACTION NO.** |
| | : | |
| vs. | : | **3:05-CV-01167 (CFD)** |
| | : | |
| NATIONWIDE MUTUAL INS. CO. | : | |
| | : | |
| Defendant. | : | **FEBRUARY 14, 2006** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. Rule 41 the plaintiff notifies the Court that it is voluntarily

dismissing this case and affirmatively states that an Answer has not been filed nor has a

Motion for Summary Judgment been filed.  The other side has been contacted and has no

objection.  This matter is being withdrawn without prejudice to the plaintiff.

By_____

Vincent F. Sabatini, Esquire   CT 06211
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111
Tel. No.:  860-667-0839
Fax No.:  860-667-0867
e-mail:  sa@sabatinilaw.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Voluntary Dismissal was mailed this 14th day of February, 2006, to the following:

Attorney Deborah S. Freeman
Attorney Sara Simeonidis
Attorney Ann M. Siczewicz
Mark D. Blanchard, Esquire
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103

Vincent F. Sabatini

S:\worddocs\Patenaude, Kathryn Emond- v. Stamford Ins. Gr., Inc.--State court case  LGN-06-105\Patenaude, Kathryn Emond- v. Nationwide Mutual Ins. Co--FEDERAL COURT CASE\notice of voluntary dismissal.02-14-06.doc